# Complaint

On 6/10/2022 Ada County Sherriff's dept was called to 4355 Clovermeadows Dr Meridian, ID 83646. A.C.S.D / BPD (Boise City Police) shot Mr. Brück with a 40mm projectile. The A.C.S.D used excessive force discharging a firearm at Mr Brück. According to Davis V City of Las Vegas 478 F.3d 1048, 1053-59 (9th cir 2007) (1) There is No ticket is evidence for a Committed Crime (2) Mr. Brück was in the driveway standing w/no weapons (3) Was Not Resisisting or trying to flee due to No ticket or Warrant (4) There was no Reason to discharge the Firearm at Mr Brück due to lack of Criminal charges or Warrants on file for the Day of 6/10/2022. This Violates 4th + 14th Due to the Injuries Caused by the A.C.S.D and Responsibility to Protect Civilians Brück's 8th Amendment was Violated by being left Untreated After the

excessive force took place A.C.S.D actually dismissed the staged ambulance that was On Scene.

Bruck is asking for 10 million dollars in Punitive damages for relief for the Violations against Brucks Const. Rights and damage to his Person, Mentally, Emotionally, and Physically